IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRY RENEE PARKS                                                              PLAINTIFF

V.                              CASE NO.: 2:14-CV-2089

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                  DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 16th day of July, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE